**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KYLE PEREZ,

        Plaintiff,

    v.

ROBINSON AND ASSOCIATES,

        Defendant.

No.  CV 16-4907 PA (Ex)

JUDGMENT

      In accordance with the Court's December 7, 2016 order granting the Motion to Confirm Terms of Settlement Agreement filed by defendant Robinson and Associates ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

      1.    By no later than January 4, 2016, Defendant shall deposit with the Clerk of Court a check issued to "Kyle Anthony Perez" in the amount of $6,000.00;

      2.    Plaintiff Kyle Anthony Perez ("Plaintiff") shall have until March 1, 2016, to claim the check;

      3.    If the check is not claimed by March 1, 2016, the Clerk of Court is ordered to return the check to Defendant;

      4.    Plaintiff's Complaint is dismissed with prejudice.

DATED: December 7, 2016

_____

Percy Anderson
United States District Judge

cc: **Fiscal**