UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBINSON AND ASSOCIATES,<br><br>　　　　　Defendant. | No.  CV 16-4907 PA (Ex)<br><br>AMENDED JUDGMENT |

　　In accordance with the Court's January 30, 2017 amended minute order granting the Motion to Confirm Terms of Settlement Agreement filed by defendant Robinson and Associates ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

　　1.　　By no later than February 27, 2017, Defendant shall deposit with the Clerk of Court a check issued to "Clerk U.S. District Court" in the amount of $6,000.00;

　　2.　　Plaintiff Kyle Anthony Perez ("Plaintiff") shall have until May 1, 2017, to claim these funds;

　　3.　　If the funds are not claimed by May 1, 2017, the Clerk of Court is ordered to return the check to Defendant's counsel;

　　4.　　Plaintiff's Complaint is dismissed with prejudice.

DATED: January 31, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Fiscal Section